**U.S. Department of Justice**
United States Marshals Service

JD15-10

FILED MAY 08 2013
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: 2:93-CV-317 |
| DEFENDANT: Glenn S. Martin, Jr. | TYPE OF PROCESS: Subpoena to Testify at a Deposition |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Robert Tucker
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Spaulding Equipment Company, Highway 360, Clover, VA 24534

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Attorneys Office
Attn: Suzanne H. Bauknight
800 Market Street, Suite 211
Knoxville, TN 37902

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

[RECEIVED stamps: U.S. MARSHAL KNOXVILLE TN 2013 MAY -6 PM; RECEIVED APR 22 2013 U.S. MARSHAL LYNCHBURG, VA]

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE SERVE PERSONALLY AND NO LATER THAN MAY 6, 2013.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 865-545-4167
DATE: 4/18/13

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 74
District to Serve No. 84
Signature of Authorized USMS Deputy or Clerk: HH
Date: 4/22/13

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): SAME
Address (complete only different than shown above): SAME
Date: 4-24-13  Time: 2:30 ☒ pm
Signature of U.S. Marshal or Deputy: Bryon Thompson

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 220.00 | 99.90 | 8.00 | 327.90 | | $327.90 |

REMARKS: 4-22-13 MAiled Cert to USMS w/VA-Lynchburg for personal svc.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

Case 2:93-cv-00317-JRG   Document 116   Filed 05/14/13   Page 1 of 3   PageID #: 627

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:93-CV-317 |
| GLENN S. MARTIN, JR. | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) Eastern District of Tennessee |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To: Robert Tucker

FILE COPY

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: U.S. District Court for the Western District of Virginia<br>1101 Court Street, Suite A66, Lynchburg, VA 24504 | Date and Time:<br>05/21/2013 9:00 am |
|---|---|

The deposition will be recorded by this method: **Court Reporter**

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

All organizational documents related to any business ventures with Glenn S Martin, Jr., Kay Aiken, Bob Martin, and/or Julian Rigby.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 4/19/13

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*         *Attorney's Signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **United States of America**
_____ , who issues or requests this subpoena, are:

Suzanne H. Bauknight, Assistant United States Attorney
800 Market Street, Suite 211         865-545-4167
Knoxville, TN 37902                  suzanne.bauknight@usdoj.gov

Case 2:93-cv-00317-JRG   Document 116   Filed 05/14/13   Page 2 of 3   PageID #: 628

Civil Action No. 2:93-CV-317

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

This subpoena for *(name of individual and title, if any)* Robert Tucker
was received by me on *(date)* 4-22-13.

☒ I served the subpoena by delivering a copy to the named individual as follows: Personally served on Robert Tucker at business.
_____ on *(date)* 4-24-13 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-24-13

Bryon Thompson DUSM
*Server's signature*

Bryon Thompson DUSM
*Printed name and title*

US Marshal Service, Roanoke, VA
*Server's address*

Additional information regarding attempted service, etc: