IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CIVIL MINUTES: *STATUS CONFERENCE***

Case No  2:93-CV-317   Date 07/01/13  Time 1:59 P.M. To 2:12 P.M.

Style   U.S.A vs. GLENN SAMUEL MARTIN, JR., ET AL

===================================================================
The Honorable J. RONNIE GREER, U.S. District Judge, Presiding

Courtroom Deputy KIM OTTINGER        Court Reporter KAREN BRADLEY

| **PARTIES** | **COUNSEL** |
|---|---|
| UNITED STATES OF AMERICA | SUZANNE BAUKNIGHT |

vs.

GLENN SAMUEL MARTIN, JR.

and
MIKE HAGIE (INTERVENOR PLTF)         JERRY W. LAUGHLIN
VICTORIA FELLERS (INTERVENOR PLTF)   JERRY W. LAUGHLIN
VOLLIE EDWARDS (INTERVENOR PLTF)     DOUGLAS L. PAYNE

vs.

UNITED STATES AND RICHARD RAY AS RECEIVER   RYAN JARRARD

**PROCEEDINGS:**

Opening statements by the court

Statements from counsel as to scheduling

Bench Trial scheduled for; **March 11, 2014 (2 days)**

Order to enter