U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

JDIS #17

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| VICTORIA FELLERS, Intervenor Plaintiff | 2:93-CV-317 |
| DEFENDANT | TYPE OF PROCESS |
| UNITED STATES OF AMERICA and RICHARD F. RAY, Receiver | Subpoena to Produce Documents |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**
Rural Community Insurance Agency, Inc. c/o Corporation Service Company
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2908 Poston Avenue, Nashville, TN 37203

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Attorneys Office
Attn: Suzanne H. Bauknight
800 Market Street, Suite 211
Knoxville, TN 37902

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE SERVE PERSONALLY.

Needs to be served no later than September 9, 2013.

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☒ DEFENDANT
TELEPHONE NUMBER: 865-545-4167
DATE: 8/29/13

U.S. MARSHAL KNOXVILLE RECEIVED Sept 3

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 74 | District to Serve No. 75 | Signature of Authorized USMS Deputy or Clerk | Date 9/6/13 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Mike Dowies, Reg. Agent

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 9-9-13   Time: 9:30 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 55.00 | 2.83 | 8.00 | 65.83 | | $0.00 |

REMARKS: Recived by M/TN on 9/6/13 at 11:16 AM

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00