USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

JDIS #16

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>VICTORIA FELLERS, Intervenor Plaintiff | COURT CASE NUMBER<br>2:93-CV-317 |
| DEFENDANT<br>UNITED STATES OF AMERICA and RICHARD F. RAY, Receiver | TYPE OF PROCESS<br>Subpoena to Produce Documents |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Trent Co. c/o Michael Trent
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
187 Trails End Road, Charlotte Court House, VA 23923

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Attorneys Office
Attn: Suzanne H. Bauknight
800 Market Street, Suite 211
Knoxville, TN 37902

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE SERVE PERSONALLY.
Phone 434-248-3103

Needs to be served no later than September 9, 2013.

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☒ DEFENDANT
TELEPHONE NUMBER: 865-545-4167
DATE: 8/29/13

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 74
District to Serve No.: D84
Signature of Authorized USMS Deputy or Clerk: Eileen J. Donden
Date: 9/6/13

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Tracy Bowyer for Michael Trent

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
SAME

Date: 9-9-13
Time: 1:20 ☒ pm

Signature of U.S. Marshal or Deputy: Bryon Thompson

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 110.00 | 44.40 | 8.00 | 162.40 | | $0.00 |

REMARKS:
Tracy Bowyer (Office Administrator) for Michael Trent

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

| | | |
|---|---|---|
| VICTORIA FELLERS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Action No. 2:93-CV-317 |
| UNITED STATES OF AMERICA and | ) | |
| RICHARD F. RAY, as RECEIVER | ) | (If the action is pending in another district, state where: ) |
| *Defendant* | ) | |

*[Stamp: U.S. MARSHAL KNOXVILLE 2013 AUG 30 AM 11:56 RECEIVED]*

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Trent Co. c/o Michael Trent
    187 Trails End Road, Charlotte Court House, VA 23923

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: U.S. Attorney's Office Attn: Suzanne H. Bauknight<br>800 Market Street, Suite 211<br>Knoxville, TN 37902 | Date and Time:<br><br>09/20/2013 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 8/29/13

*CLERK OF COURT*                                     OR  [signature]

_____                                 _____
*Signature of Clerk or Deputy Clerk*                           *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __United States of America__
, who issues or requests this subpoena, are:

Suzanne H. Bauknight, Assistant United States Attorney
800 Market Street, Suite 211        865-545-4167
Knoxville, TN 37902                 Suzanne.Bauknight@usdoj.gov

Civil Action No. 2:93-CV-317

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Michael Trent
was received by me on *(date)* 9-6-13.

☒ I served the subpoena by delivering a copy to the named person as follows: Served Tracy Bowyer (office Administrator) for Michael Trent
on *(date)* 9-9-13 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-9-13

Bryan Thompson
*Server's signature*

Bryon Thompson
*Printed name and title*

Roanoke VA
*Server's address*

Additional information regarding attempted service, etc: