# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| VICTORIA FELLERS, Intervenor Plaintiff | 2:93-CV-317 |
| DEFENDANT | TYPE OF PROCESS |
| UNITED STATES OF AMERICA and RICHARD F. RAY, Receiver | Subpoena to Testify/Appear |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Kenneth A. Nelson

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

613 Bailey Bridge Road, Limestone, TN 37681

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Attorneys Office
Attn: Loretta Harber
800 Market Street, Suite 211
Knoxville, TN 37902

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

PLEASE SERVE PERSONALLY.

URGENT: Needs to be served as soon as possible but no later than September 16th.

*[RECEIVED U.S. MARSHAL E/TN KNOXVILLE, TN 2013 SEP 10 9:10]*

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF  ☒ DEFENDANT

*Loretta D. Harber (for S.H. Bankright)*

TELEPHONE NUMBER: 865-545-4167    DATE: 9-10-

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | B74 | B74 | Maxey | 9/10/2013 |

☒ I hereby certify and return that I have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Address *(complete only different than shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

| Date | Time | ☐ am ☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 1 ENDEAVOR 9/13/13 5:00pm NO RESPONSE @ DOOR PG
2 ENDEAVOR 9/16/13 7:45AM NO RESPONSE @ DOOR PG
3 endeavor 9/16/13 1630 - no one home    4 endeavor 0820 9/17 - left at residence

ph # 257-5193 (?)

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| VICTORIA FELLERS, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:93-CV-317 |
| UNITED STATES OF AMERICA and | ) | |
| RICHARD F. RAY, as RECEIVER, | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Kenneth A. Nelson
    613 Bailey Bridge Road, Limestone, TN 37681

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: U.S. Attorney's Office<br>220 W. Depot Street, Suite 423<br>Greeneville, TN 37743 | Date and Time:<br>09/23/2013 1:30 pm |
|---|---|

The deposition will be recorded by this method: _audio_

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 9-10-13

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

OR _____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **United States of America**
_____, who issues or requests this subpoena, are:

Loretta Harber, Assistant United States Attorney
800 Market Street, Suite 211      865-545-4167
Knoxville, TN 37902                Loretta.Harber@usdoj.gov

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 2:93-CV-317

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Kenneth A Nelson
was received by me on *(date)* 09/11/13.

☒ I served the subpoena by delivering a copy to the named individual as follows: after 3 failed endeavors, called father + spoke with neighbor before putting subpoena on door to residence 9/17/13 on *(date)*

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/17/13

_Karen Burke_
*Server's signature*

KAREN BURKE   SDUSM
*Printed name and title*

GREENEVILLE, TN
*Server's address*

Additional information regarding attempted service, etc: