UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:93-CV-317 |
| | ) | Judge Greer |
| GLENN S. MARTIN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE TO RECEIVER'S MOTIONS

The United States of America, plaintiff, by and through William C. Killian, United States Attorney for the Eastern District of Tennessee, hereby responds without opposition to the following motions/applications filed by the Receiver and asks the Court to enter orders granting such requests:

Doc. 122, filed June 13, 2013:   Motion to Sell Property and For Clean Titles

Doc. 133, filed July 10, 2013:   Motion for Claims Deadline

Doc. 136, filed August 13, 2013: Sixth Status Report and Application of Receiver for Interim Compensation and Expense Reimbursement

Doc. 137, filed August 17, 2013: Seventh Status Report and Application of Receiver for Interim Compensation and Expense Reimbursement

        Respectfully submitted,

        WILLIAM C. KILLIAN
        United States Attorney
        s/Suzanne H. Bauknight
        SUZANNE H. BAUKNIGHT
        BPR #019293
        Assistant United States Attorney
        800 Market Street, Suite 211
        Knoxville, TN     37902
        (865) 545-4167
        Suzanne.Bauknight@usdoj.gov

## Certificate of Service

I hereby certify that on September 30, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/Suzanne H. Bauknight
Suzanne H. Bauknight (BPR No. 019293)
Assistant United States Attorney