UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                               No. 2:93-CV-317
                                      Judge Greer

GLENN S. MARTIN, JR.,

    Defendant.

## ORDER

This civil forfeiture matter is before the Court to address the "Motion to File Under Seal" filed by the government. [Doc. 152]. It is hereby **ORDERED** that the government's motion is **GRANTED,** and the government's proposed Supplement to Joint Motion to Stay as to Claims by and Against Vollie Edwards is **SEALED**. [Doc. 153].

    ENTER:

                                              s/J. RONNIE GREER
                                       UNITED STATES DISTRICT JUDGE