UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
        v.                         )          No. 2:93-CV-317
                                   )          Judge Greer
GLENN S. MARTIN, JR.,              )
                                   )
            Defendant.             )

## RESPONSE TO RECEIVER'S TENTH STATUS REPORT AND APPLICATION FOR INTERIM COMPENSATION AND EXPENSE REIMBURSEMENT

The United States of America, plaintiff, by and through William C. Killian, United States Attorney for the Eastern District of Tennessee, hereby responds without opposition to the Tenth Status Report and Application of Receiver for Interim Compensation and Expense Reimbursement (Doc. No. 172), filed on November 13, 2013.

Respectfully submitted,

WILLIAM C. KILLIAN
United States Attorney
s/Suzanne H. Bauknight
SUZANNE H. BAUKNIGHT
BPR #019293
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN    37902
(865) 545-4167
Suzanne.Bauknight@usdoj.gov

## Certificate of Service

I hereby certify that on November 14, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/Suzanne H. Bauknight_____
Suzanne H. Bauknight (BPR No. 019293)
Assistant United States Attorney

2