UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

       v.                           No. 2:93-CV-317
                                     Judge Greer

GLENN S. MARTIN, JR.,

    Defendant.

## ORDER

This civil forfeiture matter is before the Court to address the "Motion to Modify Order" filed by the Receiver, Richard F. Ray, to reduce his bond from $1,000,000.00 to $500,000,00 based upon the current amount of assets held by the Receiver. [Doc. 168]. The United States does not oppose this modification. [Doc. 169]. It is hereby **ORDERED** that the Receiver's motion is **GRANTED**, and the following relief is **ORDERED**:

1. The Court's order dated December 20, 2012 is **AMENDED** to replace the requirement that the Receiver be required to maintain a $1,000.000.00 bond with a requirement that the Receiver maintain a bond in the amount of $500,000.00. [Doc. 81].

    ENTER:

                                                     s/J. RONNIE GREER
                                           UNITED STATES DISTRICT JUDGE