UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

       v.                                       No. 2:93-CV-317
                                          Judge Greer

GLENN S. MARTIN, JR.,

    Defendant.

# ORDER

This civil forfeiture matter is before the Court to address the "Motion to Sell Property and for Clean Titles" filed by the Receiver, Richard F. Ray. [Doc. 122]. The United States does not oppose this motion. [Doc. 155]. It is hereby **ORDERED** that the Receiver's motion is **GRANTED**, and the following relief is **ORDERED**:

1. The Receiver is authorized to sell the vehicles listed below:

| **Truck** | **Identification** |
|---|---|
| 1988 Peterbilt, White with Purple on Cab | 1XP5DB9X1JN255989 |
| 1990 Peterbilt, Maroon with white trim | 1XP5DB9X6LN300170 |
| 1988 Peterbilt Sleeper Cab, White with red trim | 1XP5DB9X1JN258455 |
| 1986 Kenworth Sleeper Cab Red | 1XKWDB9XOH5343373 |
| 1980 Peterbilt, Light Blue | 134242N |

2. The Receiver is authorized to obtain new titles for the subject vehicles listed above.

So ordered:

                                                        s/J. RONNIE GREER
                                       UNITED STATES DISTRICT JUDGE