RECEIVED
2013 NOV 15 AM 7:5[ ]
U.S. MARSHAL E/TN
GREENEVILLE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

FILED 2013 NOV 15 A 9:08

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 2:93-CV-317 |
| ) | Judge Greer |
| GLENN S. MARTIN, JR., ) | |
| Defendant. ) | |

## ORDER TO SHOW CAUSE

Upon the motion for contempt filed by the United States by and through William C. Killian, United States Attorney for the Eastern District of Tennessee, and the memorandum submitted in support of such motion, it is

ORDERED that the defendant Glenn S. Martin, Jr. appear before the United States District Court for the Eastern District of Tennessee, at Greeneville, presided over by the undersigned in his courtroom in the United States Courthouse, at Greeneville, Tennessee, on _December 11_, 2013, at _9:00_ am., to show cause why he should not be held in contempt for his failure to comply with this Court's Temporary Restraining Order of December 20, 2012.

IT IS FURTHER ORDERED that a copy of this Order, together with the United States' Motion for Contempt and Memorandum in Support of Motion for Contempt and exhibit thereto, be personally served upon the defendant GLENN S. MARTIN, JR. by the United States Marshal on or before _November 25_, 2013.

DATED at GREENEVILLE, Tennessee, this _14th_ day of _November_, 2013.

SERVED IN PERSON
11-20-13  9:00 A.M.
DUSM MARCUS BALL

_____
United States District Court Judge

B. Parton

Case 2:93-cv-00317-JRG   Document 181   Filed 11/21/13   Page 1 of 1   PageID #: 942