UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:93-CV-317 |
| | ) | Judge Greer |
| GLENN S. MARTIN, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| VOLLIE EDWARDS, | ) | |
| | ) | |
| Intervenor Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA and RICHARD RAY, as RECEIVER, | ) | |
| | ) | |
| Intervenor Defendants. | ) | |

**ORDER**

On September 27, 2013, these proceedings as to the intervening claim of Vollie Edwards (Doc. 119) and the Receiver's fraudulent conveyance claims against Edwards (Doc.123) were stayed pending the completion of criminal proceedings against Edwards in the Eastern District of North Carolina, Case No. 7:13-cr-65. [Doc. 154]. It was further ordered that the United States file a notice of completion of the criminal proceedings within 30 days of sentencing or, if the criminal proceedings were not completed by December 1, 2013, the United States should file a status report on or before December 15, 2013, to inform the Court of the status of the criminal proceedings in North Carolina. The United States has filed a status report to advise the Court

1

that the sentencing in the criminal proceedings in North Carolina has been continued to March 24, 2014. [Doc. 186]. Accordingly, it is hereby **ORDERED** that the **STAY** in this case will remain in effect and that the United States shall file a notice of completion of the criminal proceedings within 30 days of sentencing or, if the criminal proceedings are not completed on March 24, 2014, the United States should file a status report on or before April 10, 2014, to inform the Court of the status of the criminal proceedings in North Carolina.

IT IS SO ORDERED.

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE