UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GLENN S. MARTIN, JR., ) <br> ) <br> Defendant. ) <br> ) <br> VOLLIE EDWARDS, ) <br> ) <br> Intervenor Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> UNITED STATES OF AMERICA and ) <br> RICHARD RAY, as RECEIVER, ) <br> ) <br> Intervenor Defendants. ) | No. 2:93-CV-317 <br> Judge Greer |

## ORDER

It is hereby **ORDERED** that the motion to withdraw filed by E. Lynn Dougherty, Esq., is **GRANTED** and that E. Lynn Dougherty, Esq., is terminated as attorney of record for Glenn S. Martin, Jr., in this case, [Doc.190], and Mr. Martin shall proceed *pro se* unless he retains counsel.

**IT IS SO ORDERED.**

                                                    s/J. RONNIE GREER
                                    UNITED STATES DISTRICT JUDGE