IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CIVIL MINUTES: <u>SHOW CAUSE HEARING</u>**

Case No___CV-2-93-317____Date___01/10/14___Time__2:06 p.m.____To_2:31 p.m.___

Style_____USA v.  Glen Samuel Martin, Jr._____

=====================================================================

The Honorable J. RONNIE GREER, U. S. District Judge, Presiding

Courtroom Deputy___Kathy Hopson_____Court Reporter___Karen Bradley_____

<u>Plaintiff's Attorney(s)</u>                <u>Defendant's Attorney(s)</u>

Suzanne Bauknight_____    **PRO SE**_____
Ryan Jarrard_____

**PROCEEDINGS:**

Defendant oral motion to appoint counsel

Defendant sworn

Court questions defendant regarding financial condition


TAKEN UNDER ADVISEMENT  - ORDER TO ENTER