UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA,

        Plaintiff,

            v.                      No. 2:93-CV-317
                                  Judge Greer

GLENN S. MARTIN, JR.,

        Defendant.

---

## ORDER

---

       This civil contempt matter is before the Court to address the defendant's oral motion for appointment of counsel. The Court FINDS that the defendant is indigent and that he is entitled to the appointment of counsel because the nature of the "private interest to be affected' in this proceeding consists of the "indigent defendant's loss of personal liberty through imprisonment."

*Turner v. Rogers,* ——U.S. ——, ——, 131 S.Ct. 2507, 2520, 180 L.Ed.2d 452 (2011). It is hereby **ORDERED** that this motion is **GRANTED**, and Bryce McKenzie, Esq., is appointed to represent the defendant in this matter. This appointment is made pursuant to the Criminal Justice Act, that is, Part A Guidelines for Administering the CJA and Related Statutes, Chapter 2: Appointment and Payment of Counsel, §210.20.10(i). This matter is set for a hearing at 9:00 a.m. on March 10, 2014.

      ENTER:

                             s/J. RONNIE GREER
                          UNITED STATES DISTRICT JUDGE