UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                        No. 2:93-CV-317
                                        Judge Greer

GLENN S. MARTIN, JR.,

    Defendant.

## ORDER

This civil forfeiture matter is before the Court to address the "Twelfth Status Report and Application of Receiver for Interim Compensation and Expense Reimbursement." [Doc. 195]. The government does not object to this motion. [Doc. 196]. It is hereby **ORDERED** that the receiver's application is **GRANTED**, and the following relief is **ORDERED**:

    1. Interim compensation in the amount of $945.18 shall be paid to the receiver, Richard F. Ray.

    2. The receiver is authorized to use the funds presently within the receivership to satisfy the invoice for services and expenses, including reasonable and necessary attorney's fees from Quist, Cone, & Fisher, PLLC, in the amount of $502.50.

                                                          s/J. RONNIE GREER
                                                UNITED STATES DISTRICT JUDGE