**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF TENNESSEE AT GREENEVILLE**

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                   No. 2:93-CV-317

GLENN S. MARTIN, JR.

     Defendant.

## MOTION TO CONTINUE HEARING

Comes Glenn Martin, through counsel, and moves for a continuance of the March 10, 2014 hearing based on allegations of contempt against Mr. Martin.  In support thereof, Mr. Martin and his counsel aver:

1. On January 16, 2014, counsel was appointed to represent Mr. Martin for a Contempt Hearing set on March 10, 2014.

2. The motion for contempt stems from litigation two decades old.  Comprehending the current status of Mr. Martin's case requires understanding two federal criminal prosecutions, a civil judgment, a converted bankruptcy petition, and a receivership.

3. Further, on February 19, 2014, a Thirteenth Status Report was filed stating newly-found information regarding potential issues for the contempt hearing of Mr. Martin.

4. Mr. Martin is currently undergoing cardiac physical therapy at Laughlin Memorial Hospital.  His appointments will continue through April 11, 2013.

5. On February 14, 2014, Mr. Martin was sentenced in criminal case number 2:12-CR-114-01 to (51) months' incarceration.  This Honorable Court deferred his report date due to his current health conditions.

6. Mr. Martin's undersigned counsel has spoken with the Assistant United States Attorney prosecuting this contempt action, and she does not oppose the short continuance requested. He has also spoken with counsel for the Receiver in this action, who does not oppose the short continuance requested.

WHEREFORE, Mr. Martin respectfully requests, based on the above-stated information, that his hearing be continued until after his completion of physical therapy on or about April 11, 2014.

Respectfully submitted this 27th day of February, 2014.

s/Bryce W. McKenzie
BRYCE W. McKENZIE
BPR# 027415
Law Offices of Bryan E. Delius
124 Court Avenue, Suite 101
Sevierville, Tennessee 37862
(865) 428-8780

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2014, a copy of the foregoing Motion to Continue Hearing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Resurrection Parties may access this filing through the Court's electronic document and filing system.

s/Bryce W. McKenzie
BRYCE W. McKENZIE
BPR# 027415
Law Offices of Bryan E. Delius
124 Court Avenue, Suite 101
Sevierville, Tennessee 37862
(865) 428-8780
