UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                       No. 2:93-CV-317
                                                                         Judge Greer

GLENN S. MARTIN, JR.,

    Defendant.

---

**ORDER**

---

This civil forfeiture matter is before the Court to address the "Fourteenth Status Report and Application of Receiver for Interim Compensation and Expense Reimbursement." [Doc. 203]. It is hereby **ORDERED** that the receiver's application is **GRANTED**, and the following relief is **ORDERED**:

    1.  Interim compensation in the amount of $1,811.25 shall be paid to the receiver, Richard F. Ray.

    2.  The receiver is authorized to use the funds presently within the receivership to satisfy the invoice for services and expenses, including reasonable and necessary attorney's fees from Quist, Cone, & Fisher, PLLC, in the amount of $787.50.

    ENTER:

                                                                      s/J. RONNIE GREER
                                                      UNITED STATES DISTRICT JUDGE