FIRST-CLASS MAIL
$00.48
ZIP 37743
041L11218265
neopost
03/14/2014
US POSTAGE

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RECEIVED
MAR 21 2014
Clerk, U. S. District Court
Eastern District of Tennessee

UNITED STATES DISTRICT COURT CLERK
EASTERN DISTRICT OF TENNESSEE
220 WEST DEPOT STREET, SUITE 200
GREENEVILLE, TENNESSEE 37743

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Carol S Huffman
318 Corby Bridge Road
Limestone, TN 37681

Case 2:93-cv-00317-JRG   Document 205   Filed 03/21/14   Page 1 of 1   PageID #: 1032