IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CIVIL MINUTES: STATUS CONFERENCE**

Case No    CV-2-93-317    Date   04/16/14   Time 9:00 A.M. To 9:10 A.M.

Style    USA   vs.  Glenn Samuel Martin, Jr.

========================================================================

The Honorable J. RONNIE GREER, U. S. District Judge, Presiding

Courtroom Deputy   Kathy Hopson         Court Reporter   Karen Bradley

Plaintiff's Attorney(s)              Defendant's Attorney(s)

Suzanne Bauknight                    Bryce McKenzie

Douglas Payne for Vollie Edwards (Intervenor)
Ryan Jarrad for Richard Ray (Receiver)

**PROCEEDINGS:**

Scheduling conference held

Dispositive motion deadline and trial date set

**ORDER TO ENTER**