IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CIVIL MINUTES: <u>SHOW CAUSE HEARING</u>**

Case No____CV-2-93-317____ Date__04/16/14__

Time_9:11 a.m._ To_1:00 p.m._
Time_2:05 p.m._ To_2:25 p.m._

Style____USA___vs.__Glenn Samuel Martin, Jr._____

========================================================================

The Honorable J. RONNIE GREER, U. S. District Judge, Presiding

Courtroom Deputy___Kathy Hopson_____Court Reporter___Karen Bradley_____

Plaintiff's Attorney(s)                  Defendant's Attorney(s)

Suzanne Bauknight                        Bryce McKenzie
Ryan Jarrad for Richard Ray (Receiver)

**PROCEEDINGS** In RE:

<u>ORDER TO SHOW CAUSE, that the defendant Glenn S. Martin, Jr. appear before the U.S. District Court. Show Cause Hearing set for 12/11/2013 09:00 AM in Courtroom 420 - Greeneville before District Judge J Ronnie Greer. [DOC. 176]</u>

Proof offered

Oral arguments made

**Court finds that defendant is in contempt and is ordered remanded to the custody of the United States Marshal**

**ORDER TO ENTER**