AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __TENNESSEE__

UNITED STATES OF AMERICA

V.

Glen Samuel Martin, Jr.

## EXHIBIT AND WITNESS LIST

Case Number: 2:93-CV-317

| PRESIDING JUDGE J. RONNIE GREER, USDJ | | PLAINTIFF'S ATTORNEY Suzanne Bauknight | | DEFENDANT'S ATTORNEY Bryce McKenzie |
|---|---|---|---|---|
| TRIAL DATE (S) Civil Hearing - 4/16/14 | | COURT REPORTER KAREN BRADLEY | | COURTROOM DEPUTY KATHY HOPSON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | | | | ***RICHARD FRANK RAY*** |
| 1 | | | ✓ | ✓ | BB&T deposit record 11/20/12 |
| 2 | | | ✓ | ✓ | BB&T records |
| 3 | | | ✓ | ✓ | BB&T checks, deposits records |
| 4 | | | ✓ | ✓ | BB&T deposit record 04/11/13 |
| 5 | | | ✓ | ✓ | BB&T records cumulative |
| 6 | | | ✓ | ✓ | BB&T deposit record 12/21/12 |
| 8 | | | ✓ | ✓ | BB&T records |
| 7 | | | ✓ | ✓ | Martin & Honeycutt Accounts Activity - Spreadsheet |
| 9 | | | ✓ | ✓ | BB&T check 02/12/13 |
| 10 | | | ✓ | ✓ | BB&T check 03/18/13 |
| 11 | | | ✓ | ✓ | BB&T check 03/11/13 |
| 12 | | | ✓ | ✓ | BB&T check 03/22/13 |
| 13 | | | ✓ | ✓ | BB&T check 03/18/13 |
| 14 | | | ✓ | ✓ | BB&T check 03/26/13 |
| 15 | | | ✓ | ✓ | BB&T check 03/25/13 |
| 16 | | | ✓ | ✓ | BB&T check 04/01/13 |
| 17 | | | ✓ | ✓ | BB&T check 04/11/13 |
| 18 | | | ✓ | ✓ | BB&T check 04/11/13 |
| 19 | | | ✓ | ✓ | BB&T check 05/10/13 |
| 20 | | | ✓ | ✓ | BB&T check 10/07/13 |
| 21 | | | ✓ | ✓ | BB&T check 10/15/13 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | United States of America vs. Glen Samuel Martin, Jr. | | | | CASE NO. 2:93-CV-317 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 22 | | | ✓ | ✓ | BB&T checks cumulative |
| 23 | | | ✓ | ✓ | Evidence of missing accounts - Spreadsheet |
| 24 | | | ✓ | ✓ | Handwritten notes |
| 25 | | | ✓ | ✓ | Crop insurance application - Crystal Honeycutt |
| 26 | | | ✓ | ✓ | BB&T check 03/20/13 |
| 27 | | | ✓ | ✓ | Crop Insurance Application - Rose Honeycutt |
| 28 | | | ✓ | ✓ | Consolidated statement 12/17/13 |
| 29 | | | ✓ | ✓ | Receiver's Analysis of Loss |