IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF TENNESSEE AT GREENEVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.    No. 2:93-CV-317

GLENN S. MARTIN, JR.

    Defendant.

## JOINT MOTION FOR RELEASE

Come the parties by agreement and joint motion and move this Honorable Court to release Glenn S. Martin, Jr. from custody. Mr. Martin has truthfully submitted answers to questions posed the U.S. through Its representatives. The parties agree that Glenn S. Martin, Jr.'s contemptuous activity has been purged.

Respectfully submitted this 17th day of April, 2014.

    s/*Bryce W. McKenzie*
    BRYCE W. McKENZIE
    BPR# 027415
    *Attorney for Defendant*
    Law Offices of Bryan E. Delius
    124 Court Avenue, Suite 101
    Sevierville, Tennessee 37862
    (865) 428-8780

    *s/Suzanne H. Bauknight*
    SUZANNE H. BAUKNIGHT
    BPR #019293
    Assistant United States Attorney
    800 Market Street, Suite 211
    Knoxville, TN 37902
    (865) 545-4167