UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:93-CV-317<br>Judge Greer |
| GLENN S. MARTIN, JR., | ) ) | |
| Defendant. | ) ) | |

### ORDER

In open court on April 16, 2014, the defendant, Glenn S. Martin, Jr., was found to be in contempt of Court and remanded to the custody of the United States Marshal until such time as he purged himself from contempt by surrendering certain assets or properly accounting for those assets during a deposition under oath to be conducted by the government. The parties have now filed a joint motion reporting that the defendant has purged himself from this contempt. Accordingly, it is hereby **ORDERED** that the joint motion to release the defendant from custody is **GRANTED**, and that the defendant be released from the custody of the United States Marshal. [Doc. 210].

ENTER:

J. RONNIE GREER
UNITED STATES DISTRICT JUDGE