UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:93-CV-317 |
| GLENN S. MARTIN, JR., | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL OF VOLLIE EDWARDS AND RICHARD F. RAY, RECEIVER

**COMES NOW** Vollie Edwards (hereinafter "Edwards") and Richard F. Ray Receiver (hereinafter "Receiver"), and announce that with respect to the Claim of Vollie Edwards [Doc. 119] and the Receiver's Motion to Set Aside Fraudulent Conveyances against Edwards [Doc. 123] the parties have reached and executed a settlement of all outstanding issues.

As a result, Edwards agrees that his Claim [Doc. 119] is hereby dismissed **with prejudice** to the refiling of same pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Furthermore, the Receiver also agrees that his Motion against Edwards [Doc. 123] is hereby dismissed **with prejudice** to the refiling of same pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Both sides agree to bear their own discretionary costs and attorney's fees.

/s/ Ryan E. Jarrard
Ryan E. Jarrard, ESQ
BPR NO. 024525
Attorney for Richard F. Ray, Receiver
**Quist, Cone & Fisher, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-2121
Phone: 865-524-1873 ext. 232
rej@qcflaw.com

/s/ Douglas L. Payne
Douglas L. Payne
BPR No. 013380
Attorney for Vollie Edwards
401 West Irish Street
Greeneville, Tennessee 37743
(423) 639-2220
dpaynelaw@comcast.net

WILLIAM C. KILLIAN
Unites States Attorney
/s/ Suzanne H. Bauknight
Suzanne H. Bauknight
BPR No. 019293
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167
Suzanne.Bauknight@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this the **20th day of June 2014**, a copy of the foregoing Document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Ryan E. Jarrard
Attorney