UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:93-CV-317 |
| GLENN S. MARTIN, JR., | ) |
| Defendant. | ) |

# MOTION TO CLARIFY ORDER

1. Comes now, Richard F. Ray, Receiver, as appointed by the Court's Order of December 20, 2012 [Doc. 81] and still serves in that capacity.

2. The Court's December 20, 2012 Order gives the receiver the authority to "assume control, investigate the financial affairs, and liquidate the non-exempt assets of the defendant."

3. The Receiver continues his investigation into the Defendant's assets and businesses in order to locate non-exempt assets of the defendant.

4. On September 5, 2014, the receiver took the deposition of Rose Honeycutt, a longtime associate of the defendant.

5. During that deposition, the Receiver learned that the Defendant may be conducting business from jail, in violation of this court's order. The Receiver specifically believes that the Defendant may be conducting business communications from jail via U.S. Mail. The Receiver also believes that the Defendant may be receiving mail at his former residence located at 178 John Matthews Road Limestone, TN 37681, and the contents are being relayed by third parties.

6. The Court's order does not specify whether or not the Receiver may directly seize and take possession of the Defendant's mail. As a result, the Receiver has not done so out of caution and concern that such actions may exceed his authority.

7. The Receiver believes that if he has access to the Defendant's mail, he may be able to locate additional hidden bank accounts, as well as determine what the Defendant's ongoing business interests are.

**WHEREFORE**, the Receiver, Richard F. Ray, respectfully requests that this Court enter an Order:

1. Clarifying the Court's December 20, 2012 Order [Doc. 81] by specifically addressing whether or not the receiver may seize and read the Defendant's mail, including but not limited to mail delivered by the United States Postal Service, UPS, Fed Ex, or any other mail delivery service or common carrier.

2. Providing the Receiver such further relief as may be appropriate in these circumstances.

Respectfully submitted,

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard,
BPR No. 024525
Attorney for Richard F. Ray, Receiver
**Quist, Cone & Fisher, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873 ext. 232
rej@qcflaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served by operation of the Court's ECF System on or about September 9, 2014 as indicated on the electronic filing receipt.

                                   */s/ Ryan E. Jarrard*
                                   ATTORNEY