# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT GREENEVILLE

UNITED STATES OF AMERICA,          )
                                   )
               Plaintiff,          )
                                   )
v.                                 )          No. 2:93-CV-317
                                   )
GLENN S. MARTIN, JR.,              )
                                   )
               Defendant.          )

## ORDER

This civil forfeiture matter is before the Court to address the "Sixty-Third Status Report and Application of Receiver for Interim Compensation and Expense Reimbursement." [Doc. 367].

It is hereby **ORDERED** that the receiver's application is **GRANTED**, and the following relief is **ORDERED**:

       1.  Interim compensation in the amount of $350.00 shall be paid to the receiver, Richard F. Ray.

       2.  The receiver is authorized to use the funds presently within the receivership to satisfy the invoice for services and expenses, including reasonable and necessary attorney's fees from Quist, Fitzpatrick, & Jarrard, PLLC, in the amount of $195.00.

So ordered.

ENTER:

 

_____
                s/J. RONNIE GREER
            UNITED STATES DISTRICT JUDGE