# ABSTRACT OF JUDGMENT

## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Address of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Glen S. Martin, Jr.<br>RR 1, Box 530<br>Appomattox, VA 24522 | UNITED STATES OF AMERICA<br>2:93-CV-317 |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed |
|---|---|---|
| $1,791,727.27<br><br>$1,791,727.27 TOTAL<br><br>Plus interest and surcharge | U.S. ATTORNEY'S OFFICE<br>FINANCIAL LITIGATION UNIT<br>800 MARKET ST., SUITE 211<br>KNOXVILLE, TN 37902 | September 30, 1997 |

UNITED STATES OF AMERICA, U.S. CLERK OF COURTS, U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE.

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated at Greeneville Tennessee, Sept. 18, 1998.

R. MURRY HAWKINS, CLERK OF COURTS

By Elaine Milligan, Deputy Clerk

VIRGINIA: In the Circuit Court of Appomattox County.

Judgment received and admitted to record this 25th day of September, 1998, at 12:04 o'clock P.M.

TESTE: BARBARA R. WILLIAMS, CLERK

By: Carole C. Miller _____ DEPUTY CLERK

A TRUE COPY,
TESTE: Barbara R. Williams, Clerk
By: Carole C. Miller, Deputy Clerk
Circuit Court County of Appomattox, VA