UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:93-CV-317 |
| | ) | |
| vs. | ) | |
| | ) | |
| GLENN S. MARTIN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Motion to Renew Judgment Lien filed by the United States. For the reasons stated in the motion, the Court finds that the motion is well-taken, and it is hereby GRANTED. It is hereby ORDERED that, pursuant to 28 U.S.C. § 3201(c)(2), the judgment lien filed in Appomattox County, Virginia by the United States against the Defendant Glenn S. Martin, Jr. is hereby renewed for an additional 20-year period ending on September 25, 2038 and relating back to September 25, 1998. It is further hereby ORDERED that, pursuant to 28 U.S.C. § 3201(c)(2), the United States may file a Notice of Renewal.

_____
DISTRICT COURT JUDGE