UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:93-CV-317 |
| | ) | |
| GLENN S. MARTIN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This civil forfeiture matter is before the Court to address the "Final Status Report and Application of Receiver for Final Compensation and Expense Reimbursement; Request to Terminate Receivership Pursuant to 28 USC 3103(e)." [Doc. 372]. It is hereby **ORDERED** that the receiver's application is **GRANTED**, and the following relief is **ORDERED**:

    1. Interim compensation in the amount of $3,937.50 shall be paid to the receiver, Richard F. Ray.

    2. The receiver is authorized to use the funds presently within the receivership to satisfy the invoice for services and expenses, including reasonable and necessary attorney's fees, from Quist, Fitzpatrick, & Jarrard, PLLC, in the amount of $1,487.50.

The receiver's motion, [Doc. 372], also requests that the Court enter an order closing the receivership and allowing the receiver to be dismissed from any further duties in this case, such as carrying the required bond and operating the required bank account. The receiver was appointed by the Court's order on December 20, 2012, [Doc. 81], to assume control and liquidate all defendant's non-exempt assets toward the payment of the judgment against the defendant. The receiver has since been compensated monthly from the proceeds of defendant's liquidated assets.

The receiver now files a motion for final compensation, stating that "all tasks aside from filing a 2018 tax return are complete and the receiver has fulfilled the tasks set forth in the appointment order." [Doc. 372].

Finding that the receiver has completed all assigned tasks, and since all claims against the receivership have been settled, it is hereby **ORDERED** that the receiver's request to terminate receivership pursuant to 28 U.S.C. § 3103(e), [Doc. 372], is **GRANTED**. It is therefore **ORDERED** that the receivership in this matter is **CLOSED**. Richard F. Ray is hereby **REMOVED** as the appointed receiver. Mr. Ray, therefore, must close the bank account associated with the receivership funds and pay the remaining balance to the United States of America. Mr. Ray may cancel the bond he was required to carry while performing his duties as receiver.

So ordered.

ENTER:

                                                 s/J. RONNIE GREER
                                        UNITED STATES DISTRICT JUDGE